HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL C. QUIGGLE and ROBERTA L. QUIGGLE,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; DEUTSCHE BANK; SOUNDVIEW HOME LOAN TRUST; NORTHWEST TRUSTEE SERVICES; MERS,<br><br>Defendants. | Case No. CV10-5221RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiffs' Motion to Appeal *In Forma Pauperis* [Dkt. #20]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiffs seek leave to appeal *in forma pauperis* presumably from this Court's Order granting certain defendants' motions to dismiss. *See* Dkt. #18. The motion consists of an unsigned form Notice of Appeal [Dkt. #19] and a form Application to Proceed *In Forma Pauperis* [Dkt. #20] signed by only one of the two pro se plaintiffs. Neither document "claims an entitlement to redress" nor "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(B), (C). Furthermore, considering that the plaintiffs paid the filing fee to commence this action in this Court, the fact that only one plaintiff signed the Application makes it unclear if the assets and income disclosed on the Application apply to one

1 or both of the plaintiffs.  Plaintiffs have thus not shown their "inability to pay or give security for fees and
2 costs."  Fed. R. App. P. 24(a)(1)(A)

3       The Court also notes that the Order the plaintiffs are presumably appealing applied to some, but
4 not all, the defendants.  A final judgment as to the dismissed defendants has not been entered.  *See* Fed. R.
5 Civ. P. 54(b).

6       Plaintiffs' Motion to Appeal *In Forma Pauperis* [Dkt. #20] is **DENIED.**

7       **IT IS SO ORDERED.**

8       The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
9 appearing pro se.

10       Dated this 6th day of January, 2011.

                            RONALD B. LEIGHTON
                            UNITED STATES DISTRICT JUDGE